

# Missouri Court of Appeals
## Southern District

**APRIL 21, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33324

      Re:    DEREK LAMONT BLACKMON,
             Movant-Appellant,
             v.
             STATE OF MISSOURI,
             Respondent-Respondent.